**KNOBBE MARTENS OLSON & BEAR LLP**
MICHAEL H. TRENHOLM (Bar No. 163291)
JOHN W. HOLCOMB (Bar No. 172121)
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: 951-781-9231
Facsimile: 949-760-9502
mtrenholm@kmob.com
jholcomb@kmob.com

Attorneys for Plaintiff/Counterdefendant
TRANSIT CARE INC., a California corporation

**HOWARTH & SMITH**
DON HOWARTH (Bar No. 53783)
DARCY R. HARRIS (Bar No. 200594)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
Telephone: 213-955-9400
Facsimile: 213-622-0791
dhowarth@howarth-smith.com
dharris@howarth-smith.com

**BANNER & WITCOFF, LTD.**
PETER D. MCDERMOTT
28 State Street – 28 Floor
Boston Massachusetts 02109
Telephone: (617)720-9600
Facsimile: (617)720-9600
pmcdermott@bannerwitcoff.com

FREDERIC M. MEEKER
1001 G Street, N.W. 20001
Washington, DC 20001-4597
Telephone: (202) 824-3000
Facsimile: (202) 824-3001
fmeeker@bannerwitcoff.com

Attorneys for Defendant/Counterclaimant
DURA AUTOMOTIVE SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TRANSIT CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DURA AUTOMOTIVE SYSTEMS, INC. | Civil Action No. CV05-02237 PA (CWx) <br><br> **STIPULATED DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii); [PROPOSED] ORDER THEREON** |

05.P1516244.doc                              STIPULATED DISMISSAL WITHOUT PREJUDICE

|   |   |   |
|---|---|---|
| 1 | Defendant. | ) Hon. Percy Anderson |
| 2 |  | ) |
| 3 | AND RELATED COUNTERCLAIM | ) |
| 4 |  |  |

5  Plaintiff Transit Care, Inc (hereafter "Transit Care") commenced this
6  action by filing a complaint against Defendant Dura Automotive Systems, Inc.
7  (hereafter "Dura") for infringement of Transit Care's U.S. Patent Nos. 6,205,723
8  B1; 6,408,574 B1; and 6,688,044 B2 (hereafter "the patents-in-suit"). Dura
9  answered and filed a counterclaim against Transit Care for declaration of
10 invalidity, non-infringement and unenforceability of the patents-in-suit.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The parties have entered into a confidential settlement agreement effective October 29, 2005 (hereafter "Settlement Agreement"). Pursuant to the Settlement Agreement, and Fed. R. Civ. Proc. 41(a)(1)(ii), the parties hereby agree and stipulate to dismissal without prejudice of all claims made by Transit Care and all counterclaims made by Dura in this action, with each side to bear its own costs and fees.

DATED: November 2, 2005

**KNOBBE MARTENS OLSON & BEAR LLP**
JOHN W. HOLCOMB
MICHAEL H. TRENHOLM

By: _____
JOHN W. HOLCOMB

Attorneys for Plaintiff/Counterdefendant
TRANSIT CARE INC.

DATED: November 1, 2005

**BANNER & WITCOFF**
FREDRIC M. MEEKER
PETER D. McDERMOTT

**HOWARTH & SMITH**
DON HOWARTH
DARCY R. HARRIS

By: _____
DARCY R. HARRIS

Attorneys for Defendant/Counterclaimant
DURA AUTOMOTIVE SYSTEMS, INC.

### *ORDER*

IT IS SO ORDERED.

Dated: November 3, 2005

_____
HON. PERCY ANDERSON
United States District Court Judge

05:P1516244.doc     3     STIPULATED DISMISSAL WITHOUT PREJUDICE

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Riverside, California. I am over the age of 18 and not a party to the within action. My business address is 3403 Tenth Street, Suite 700, Riverside, California. On November 2, 2005, I served the within **STIPULATED DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii); [PROPOSED] ORDER THEREON** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

| | |
|---|---|
| VIA U.S. MAIL: | Don Howarth, Esq.<br>Darcey R. Harris, Esq.<br>Howarth & Smith<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014 |
| VIA U.S. MAIL: | Peter D. McDermott, Esq.<br>Gregory J. Cohan, Esq.<br>Banner & Witcoff, Ltd.<br>28 State Street, Suite 2800<br>Boston, MA 02109 |
| VIA U.S. MAIL: | Frederic M. Meeker, Esq.<br>Steve S. Chang, Esq.<br>Christopher B. Roth, Esq.<br>Banner & Witcoff, Ltd.<br>1001 G. Street, N.W., Suite 1100<br>Washington, DC 20001-4597 |
| VIA U.S. MAIL: | Brian W. Kasell<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 2, 2005, at Riverside, California.

Lindsay Mingee

2041645\llm\\110205

4